**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 6, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00498-CV

---

**GTM REAL ESTATE PARTNERS, LLC, Appellant**

**V.**

**J BAR CONSOLIDATED, LLC, Appellee**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2016-21632**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 15, 2020. On September 15, 2020, appellant filed a motion to dismiss the appeal. The motion is granted. Tex. R. App. P. 42.1 (a)(1).

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.